Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARBORWELL, LLC; SAVATREE, LLC; BALCO PROPERTIES LTD., LLC; 2337 AMERICAN AVENUE LLC; ALVIN F. SORTWELL;<br><br>　　　　Defendants. | Case No. 3:22-cv-00896-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ARBORWELL HOLDINGS LLC, 2337 AMERICAN AVENUE LLC, AND ALVIN F. SORTWELL, ONLY** |

　　　WHEREAS, Defendants Arborwell Holdings LLC, 2337 American Avenue LLC, and Alvin F. Sortwell have not filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby dismisses only Defendants Arborwell Holdings LLC, 2337 American Avenue LLC, and Alvin F. Sortwell from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 19, 2022　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　Francisca Moralez

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ARBORWELL HOLDINGS LLC, 2337 AMERICAN AVENUE LLC, AND ALVIN F. SORTWELL, ONLY

Page 1